# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**RULE TO SHOW CAUSE**

September 6, 2023

| | |
|---|---|
| No. 23-2379 | CARRIE R. WEAVER,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>ROUNDY'S ILLINOIS, LLC, doing business as MARIANO'S,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-04033<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

**To:**　　Mr. John W. Billhorn
　　　　　BILLHORN LAW FIRM
　　　　　53 W. Jackson Boulevard
　　　　　Suite 1137
　　　　　Chicago, IL 60604

　　　　　Michael Haeberle
　　　　　PATTERSON LAW FIRM
　　　　　200 W. Monroe Street
　　　　　Suite 2025
　　　　　Chicago, IL 60606

You have failed to file appellant's brief within the required time and no motion for an extension of time within which to file appellant's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellant, show cause within fourteen (14) days of the date of this order why this appeal should not be dismissed for lack of prosecution, pursuant to Circuit Rule 31(c)(2).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLANT "

form name: **c7_Briefing_Showcause**　　(form ID: **114**)